IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIE MORA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID J. SHULKIN, M.D., Secretary of Veterans Affairs; <br><br> Defendant. | 8:17CV282 <br><br> **ORDER** |

This matter is before the Court on Patrick McNamara's Motion to Withdraw as Counsel and Extend Stay. ([Filing No. 40](#).) The motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Patrick McNamara's Motion to Withdraw as Counsel and Extend Stay ([Filing No. 40](#)) is granted.

2. Mr. McNamara advised the Court that Plaintiff passed away, and that Plaintiff's spouse terminated Mr. McNamara's representation and retrieved Plaintiff's case files. Mr. McNamara shall immediately serve a copy of this Order on Plaintiff's spouse and personal representative, and thereafter file proof of service showing compliance with this Order, listing the name and address of the person(s) to whom notice was sent. Mr. McNamara will not be relieved of applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

3. This matter is stayed until **September 28, 2018** to allow Plaintiff's spouse and/or personal representative time to obtain substitute counsel. Substitute counsel shall enter a written appearance by **September 28, 2018**. In the event Plaintiff's spouse and/or representative does not obtain substitute counsel, Plaintiff's spouse and/or representative shall provide the Clerk of Court

his/her current address and telephone number no later than **September 28, 2018**. If counsel has not entered a written appearance, Plaintiff's spouse and/or representative shall also submit a report to the Court advising as to the status of this action. The report shall be submitted no later than **September 28, 2018**. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs, attorneys' fees, the entry of default judgment, and/or dismissal of the case.

Dated this 9th day of August, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge