**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **WILLIE MORA,** | **8:17CV282** |
| **Plaintiff,** | |
| **vs.** | **ORDER TO SHOW CAUSE** |
| **DAVID J. SHULKIN, M.D., Secretary of Veterans Affairs;** | |
| **Defendant.** | |

On August 8, 2018, the Court was informed that Plaintiff passed away and that Plaintiff's counsel wished to withdraw. ([Filing No. 40](#).)  On August 9, 2018, the Court entered an order granting counsel's motion to withdraw and staying the case to allow time for Plaintiff's spouse and/or personal representative to retain substitute counsel. ([Filing No. 41](#).)  The Court's Order stated that if substitute counsel did not enter an appearance, Plaintiff's spouse and/or personal representative was required to provide the Clerk of Court with his/her address and telephone number, and to submit a status report no later than September 28, 2018.  To date, no address, telephone number, or status report has been provided.

**IT IS ORDERED:**

1.      On or before October 26, 2018, Plaintiff's spouse and/or personal representative shall either comply with the previous Order of this Court ([Filing No. 41](#)) or show cause by written affidavit why he or she cannot comply.  Failure to comply with this Order to Show Cause will result in a recommendation that this case be dismissed.

2.      The Clerk of Court shall mail a copy of this Order to Show Cause and the Court's August 9, 2018 Order ([Filing No. 41](#)) to the individual and address listed on the Certificate of Service filed in this matter by Plaintiff's former counsel ([Filing No. 42](#)):  William Mora, 7948 Harman Avenue, Omaha, NE 68134.  The Clerk of Court shall also mail a copy of this Order to Show Cause and the Court's August 9, 2018 Order ([Filing No. 41](#)) to William Mora, 7948 Hartman Avenue, Omaha, NE 68134.

Dated this 9th day of October, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge