IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 OCT 25 PM 2:30
OFFICE OF THE CLERK

| | | |
|---|---|---|
| WILLIE MORA, | ) | |
| | ) | 8:17 CV282 |
| Plaintiff, | ) | |
| | ) | |
| DAVID J. SHULKIN, M.D., | ) | AFFIDAVIT OF WILLIAM MORA |
| Secretary of Veterans Affairs; | ) | REGARDING ORDER TO SHOW CAUSE |
| | ) | |
| Defendant. | ) | |

STATE OF NEBRASKA )
) SS.
COUNTY OF DOUGLAS )

Comes now, William Mora, surviving spouse and Personal Representative of Willie Mora, the Plaintiff in the above matter.

My address is: 7948 Hartman Avenue, Omaha, NE.

My wife, Willie Mora, passed away very unexpectedly on May 8, 2018 so she did not have an opportunity to the extent allowed by law to be heard in the above matter. She believed, and I also believe strongly, that she was wronged in her workplace, that it was a hostile environment for her to work in, and that her supervisor, Dr. Shulkin, discriminated against her under the law. I am very disheartened and sad with the lack of respect and due process of the path this case has taken. But without Willie here to help with the specifics of the case, the abuse she suffered will go unrecognized in the courts.

I am asking the Court not to impose any sanctions, including payment of costs, attorneys' fees and such upon me. I am grieving and under a great deal of stress with the passing of my wife and trying to deal with her probate and her final affairs. I have consulted with an attorney but do not have another attorney to represent her interests here at present. I beg upon the Court for their understanding, and that if this case is dismissed, it is without responsibility on me.

FURTHER AFFIANT SAYETH NOT.

Date: 10/25/2018

William Mora, Surviving Spouse and
Personal Representative of Willie Mora, Deceased.

Subscribed and sworn to before me this 25th day of October, 2018.

_____
Notary Public

GENERAL NOTARY-State of Nebraska
DUSTIN STROH
My Comm. Exp. Oct. 30, 2021